

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE COUNTY COURT AT LAW NO. 3 OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 12th day of March, 2015, the cause on appeal to revise or reverse the judgment between

| | |
|---|---|
| Sheik Tehuti, Appellant | On Appeal from the County Court at Law No. 3, Dallas County, Texas |
| No. 05-14-00126-CV    V. | Trial Court Cause No. CC-13-06496-C. Opinion delivered by Justice Myers. Chief |
| Trans-Atlas Financial, Inc., Appellee | Justice Wright and Justice Evans participating. |

was determined; and this Court made its order in these words:

     In accordance with this Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

     It is **ORDERED** that appellee Trans-Atlas Financial, Inc. recover its costs of this appeal from appellant Sheik Tehuti.

     **WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

     **WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 28th day of October, 2015.



_____
LISA MATZ, Clerk